# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMONTRA DION WILLIS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )     No. CIV 22-163-RAW |
| | ) |
| **CHAPLAIN SHARON, Kitchen Supervisor,** | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

Petitioner, a pro se pretrial detainee who is incarcerated in the Carter County Detention Center in Ardmore, Oklahoma, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging violations of his free exercise rights under the First Amendment (Dkt. 1). A review of the petition, however, shows he actually is attempting to commence a civil rights action under 42 U.S.C. § 1983.

Petitioner alleges he is a Muslim prisoner. He claims that since March 24, 2022, he has been denied Halal meals or the ability to purchase an authentic prayer rug, a prayer cap, or proper oils, all of which allegedly are required by his religion. He requests injunctive relief requiring the provision of these allegedly necessary items required by his religion. (Dkt. 1).

The Court has carefully reviewed the petition and construes Petitioner's pleading liberally. *See Haines v. Kerner*, 404 U.S. 519 (1972). Because Petitioner has failed to initiate the proper cause of action for his allegations concerning the conditions of his confinement, his petition must be DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6). To pursue his claims, Petitioner must file a proper civil rights complaint pursuant to 42 U.S.C. § 1983 on this Court's approved form, along with a proper motion

for leave to proceed *in forma pauperis* on this Court's form with a current Statement of Institutional Accounts.

**ACCORDINGLY,**

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1) is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted.

2. Petitioner's motion for leave to proceed *in forma pauperis* (Dkt. 2) is DENIED as moot.

3. The Court Clerk is directed to send Petitioner a copy of this Court's forms for filing a civil rights complaint pursuant to 42 U.S.C. § 1983 and for filing a motion for leave to proceed *in forma pauperis* in a civil rights action.

**IT IS SO ORDERED** this 9th day of August 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA